ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd.
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff HOANG MINH LE

```
FILED
CLERK, U.S. DISTRICT COURT

APR 18, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY:     BH      DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>MONTCLAIR FARMERS MARKET, INC., a California Corporation; KOOPMAN BROTHERS, a limited partnership;<br><br>　　　　　Defendants. | Case No.: 5:15-cv-01282-VAP-KK<br>**ORDER**<br>**OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Hon. Virginia A. Phillips presiding] |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hoang Minh Le and Defendant KOOPMAN BROTHERS, a partnership, by and through undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice in its entirety. Each party shall bear his or its own attorneys' fees and costs incurred herein. |

SO STIPULATED.

Dated: April 11, 2017          ASCENSION LAW GROUP, PC

                               By: /s/ Pamela Tsao
                                   Pamela Tsao

                               Attorneys for Plaintiff
                               Hoang Minh Le

Dated: April 11, 2017          LOBB & CLIFF, LLP

                               By: /s/ Kevin Abbott
                                   Kevin Abbott

                               Attorneys for Defendant
                               KOOPMAN BROTHER PARTNERSHIP

IT IS SO ORDERED.

April 18, 2017

_____
Virginia A. Phillips
Chief U.S. District Judge